**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Case No: 1:23-CR-66-ZMF** |
| | **:** | |
| **REBECCA LAVRENZ,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## UNITED STATES' REPLY TO DEFENDANT'S ACCOUNTING

In her late filing, Lavrenz claimed that her two GiveSendGo "accounts are 100%, or nearly 100%, dedicated to Lavrenz's legal defense, appeals, and related costs." ECF No. 94 at 1. As explained below, the numbers provided in the accounting are facially inconsistent with statements that Lavrenz has made in post-trial interviews. The Court, therefore, should order Lavrenz to provide far greater clarity beyond the few lines that her response dedicates to the accounting.

First, Lavrenz's accounting does not list any funds spent on travel to speaking events and media interviews, even though she has said on at least two occasions that she is using money from the Lavrenz Account for that purpose. Since trial, Lavrenz has been on a cross-country speaking tour where she has boasted about her criminal conduct and defended the mob that attacked the U.S. Capitol. In a June 12, 2024, interview, Lavrenz said of the money in the Lavrenz Account, "I am using some of it for J6-related expenses, I'm travelling . . . because I am being able to speak at different places."[1] She added, "I hope everybody's okay with using . . . some of my funds for my travel." In another interview, as she talked about how she was using the Lavrenz Account, Lavrenz said: "I am travelling, I travel wherever I can . . . I'm going to be driving, just sharing my story as

---

[1] The Truth & Liberty Show, timestamp 48:20, https://www.youtube.com/live/fItXwEpex0g.

much as I can."[2] The accounting that she filed makes no mention of travel costs, other than those for trial and sentencing that were not what Lavrenz was referencing in her interviews. Accordingly, the Court should inquire why Lavrenz's accounting does not match her public statements.

Second, the purported $95,000 retainer for her appeal fees listed in the accounting is vague, inconsistent with Lavrenz's recent statements, and questionable in size. For starters, the accounting does not indicate whether Lavrenz has *actually* paid $95,000 for the retainer. Nor does it indicate whether unused fees will revert back to Lavrenz, thus providing a windfall. Moreover, in the same June 12 interview mentioned above, Lavrenz was asked by the host: "Do you have any idea what your appeal fees would be if you have to appeal?" Lavrenz answered: "they said around, maybe, sixty-five to seventy-five thousand."[3] But Lavrenz now claims tens of thousands of dollars in additional appellate fees. Even an attorney charging $1,000 per hour would need to work eight-hour days for more than two weeks to hit the retainer listed. For a misdemeanor appeal that raises no novel issues, that figure raises questions in light of this filing and the purpose behind the accounting.

For these reasons, the United States requests that this Court require Lavrenz to further clarify how she has used the money in her GiveSendGo accounts, so that the Court can impose a fine that is appropriate under the Guidelines and the factors set out in 18 U.S.C. § 3553(a).

---

[2] Conservative Daily, timestamp 53:55, https://rumble.com/v4pox82-16-march-2024-joe-oltmann-and-david-clements-live-12pm-est.html.
[3] The Truth & Liberty Show, timestamp 49:47, https://www.youtube.com/live/fItXwEpex0g.

For the United States:

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

/s/ *Terence A. Parker*
Terence A. Parker
Trial Attorney (Detailee)
U.S. Attorney's Office for the
District of Columbia
NY Bar No. 5775192
Email: Terence.Parker3@usdoj.gov
Phone: (202) 252-7859

/s/ *Brendan Ballou*
Brendan Ballou
Special Counsel (Detailee)
U.S. Attorney's Office for the
District of Columbia
Email: brendan.ballou-kelley@usdoj.gov
Phone: (202) 431-8493