UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No: 1:23-CR-66-ZMF |
| | : | |
| **REBECCA LAVRENZ,** | : | |
| | : | |
| **Defendant.** | : | |

### UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO TRAVEL TO WASHGINTON, D.C.

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this response to Defendant Rebecca Lavrenz's Motion to Attend the Inauguration in Washington, D.C. on January 20, 2025.

1. On January 14, 2024, Lavrenz moved to modify the conditions of her release to allow her to attend the Inauguration. Lavrenz's motion notes that she would like to attend the Inauguration because her daughter, Laura Lavrenz, has a senior-level role in planning the Inauguration ceremony. ECF No. 106.

2. On January 15, 2025, the Court ordered the United States to respond by 6:00 p.m. that evening. *See* Min. Order dated Jan. 15, 2025.

3. Based on the facts recounted in Lavrenz's motion, the United States does not oppose the motion.

4. Undersigned counsel contacted the U.S. Probation Officer in the District of Colorado assigned to supervise Lavrenz to obtain the officer's position on the motion. The probation officer stated: "Ms. Lavrenz has been complaint while on supervision with no issues or concerns, however, she is on home detention until 2/22/2025."

1

For these reasons, the United States does not oppose the Court granting Lavrenz's motion.

        For the United States:

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

        /s/ *Terence A. Parker*
        Terence A. Parker
        Trial Attorney (Detailee)
        U.S. Attorney's Office for the
        District of Columbia
        NY Bar No. 5775192
        Email: Terence.Parker3@usdoj.gov
        Phone: (202) 252-7859